UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**RIZELLE AARON**                                                      **PLAINTIFF**

**v.**                      **CASE NO. 4:08cv00600 BSM**

**WILLIAM SHELLEY, Individually,
and in His Official Capacity as Lieutenant
in and for The City of Jacksonville
Police Department; and GREGORY ROZENSKI,
Individually, and in His Official Capacity as a
Police Officer in and for The City of Jacksonville
Police Department**                                  **DEFENDANTS**

## ORDER

The parties move to dismiss the case with prejudice due to settlement. [Doc. No. 55].

The motion is granted.

Accordingly, the case is dismissed with prejudice.

IT IS SO ORDERED this 12th day of April, 2011.

                                                               _/s/ Brian S. Miller_
                                                          UNITED STATES DISTRICT JUDGE